THIS OPINION HAS NO
 PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY
 PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 v.
 Anthony Lamont
 Starr, Appellant.
 
 
 

Appeal From York County
 John C. Hayes, III, Circuit Court Judge
Unpublished Opinion No. 2008-UP-550
Submitted October 1, 2008  Filed October
 9, 2008    
AFFIRMED

 
 
 
 Chief
 Appellate Defender Joseph L. Savitz, III, of Columbia, for Appellant.
 Teresa A. Knox, Deputy Director for Legal Services, Tommy Evans,
 Jr., Legal Counsel, and J. Benjamin Aplin, Legal Counsel, all of Columbia, for
 Respondent.
 
 
 

PER
 CURIAM:  Anthony Starr appeals the revocation of his probations,
 arguing the trial court erred in his considering his plea of nolo contendre as evidence he violated the terms of his probation.  We affirm[1] pursuant to Rule 220(b), SCACR, and the following authorities: State v.
 Conyers, 326 S.C. 263, 266, 487 S.E.2d 181, 183 (1997); State v. Lee,
 350 S.C. 125, 130, 564 S.E.2d 372, 375 (Ct. App. 2002) (both finding an issue
 must be raised to and ruled upon by trial court to be preserved for appellate
 review).
AFFIRMED.
ANDERSON,
 WILLIAMS, and KONDUROS, JJ., concur.  

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.